Anthony Ramon Hall v's LT Zachary

2:23Cv873-SPC-KCD

Judge your honor i don't have none of my property so their for i don't have none of my paper work. im very sorry i can't recall your name. i can't even use the law lab computer @ the time too get the middle district of FL united states courthouse. im in the S.H.U.. i've been trying too do my Administrative Remedies like you told me too, and my unit team here will not help me get my Remedies sent too U.S.P. Coleman II, They keep telling me they don't know how it works because im in in this institution here @ U.S.P. Tucson trying too send Remedies too U.S.P. Coleman II. They took one of my Remedies Bp 9 haven't got a stright answer back so im sending (turning) in another Bp 9 sep-19-2023. i sent (turned in my other one in July). im doing my best your honor, i really em. Is there a way you will give me a lawyer, and re-open my lawsuit case. your honor the LT officer Zachary got fired for hurting other inmates @ Coleman II U.S.P. im trying too get my case back in court. you told me too do my Remedies in April 2022 i should have

what isn't 2 years too do it, is that right. i would be very greatful for your Help verry sorry to bother you.

with Respect
Anthony Hall
Sep- 18-20